No. 14-35982

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

TIMOTHY J. DIETZ,

Plaintiff-Appellant,

v.

QUALITY LOAN SERVICE CORP. OF WASHINGTON; WELLS FARGO HOME MORTGAGE INC.; WELLS FARGO BANK, N.A.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; MERSCORP, INC.; MCCARTHY & HOLTHUS, LLP,

Defendants-Respondents.

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WASHINGTON
HONORABLE ROBERT J. BRYAN
Case No. 3-13-cv-05948-RJB

**NOTICE OF APPEARANCE**

Ronald E. Beard, WSBA No. 24014
Abraham K. Lorber, WSBA No. 40668
David C. Spellman, WSBA No. 15884
*Attorneys for Respondents*
*Wells Fargo Bank, N.A.*
*Wells Fargo Home Mortgage, Inc.*
*Mortgage Electronic Registration Systems, Inc.*
*Merscorp, Inc.*

LANE POWELL PC
1420 Fifth Avenue, Suite 4200
P.O. Box 91302
Seattle, WA 98111-9402
Telephone: (206) 223-7000
Facsimile: (206) 223-7107

105727.1513/6397024.1

TO: The Clerk of the above-entitled Court;

AND TO: All parties and their counsel of record.

PLEASE TAKE NOTICE that David C. Spellman, of Lane Powell PC, is hereby appearing as one of the attorneys for Wells Fargo Bank, N.A., Wells Fargo Home Mortgage, Inc., Mortgage Electronic Registration Systems, Inc. and Merscorp, Inc.

Copies of all further papers and proceedings herein, except original process, shall be served upon David C. Spellman at the below address.

David C. Spellman
Lane Powell PC
1420 Fifth Avenue, Suite 4200
PO Box 91302
Seattle, WA 98111-9402
Telephone: (206) 223-7392
Facsimile: (206) 223-7107
E-Mail: spellmand@lanepowell.com

This withdrawal and substitution shall be effective immediately.

RESPECTFULLY SUBMITTED this 23rd day of July, 2015.

LANE POWELL PC

By   s/ David C. Spellman
    David C. Spellman, WSBA #15884
    spellmand@lanepowell.com
    Attorneys for Respondents Wells Fargo Bank,
    N.A., Wells Fargo Home Mortgage, Inc.,
    Mortgage Electronic Registration Systems,
    Inc. and Merscorp, Inc.

## **CERTIFICATE OF SERVICE**

Pursuant to RCW 9.A.72.085, the undersigned certifies under penalty of perjury under the laws of the State of Washington, that on July 23, 2015, the document attached hereto was presented to the Clerk of the Court for filing and uploading to the CM/ECF system. In accordance with their ECF registration agreement and the Court's rules, the Clerk of the Court will send e-mail notification of such filing to the following persons:

Timothy Dietz, pro se
2503 34th Ave
Longview WA 98362
Email: timthepostman@yahoo.com

Thomas J. Moore, Esq
McCarthy & Holthus, LLP
108 First Avenue South, Suite 300
Seattle, WA 98104
Email: tmoore@mccarthyholthus.com

Robert W. McDonald
Joseph Ward McIntosh
McCarthy & Holthus, LLP
108 First Avenue S, Suite 200
E-Mail: rmcdonald@McCarthyHolthus.com
E-Mail: jmcintosh@mccarthyholthus.com

DATED this 23rd day of July, 2015 in Seattle, Washington.

                                          s/ Linda Cooper
                                          Linda Cooper