No. 14-35982

UNITED STATE COURT OF APPEALS FOR THE NINTH CIRCUIT
_____

TIMOTHY DIETZ,

Plaintiff/Appellant,

vs.

QUALITY LOAN SERVICE CORP. OF WASHINGTON, ET AL.,

Defendants/Appellees

APPEAL FROM THE UNITED STATE DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON

Honorable Robert J. Bryan

No. 3:13-cv-05948-RJB
_____

ANSWERING BRIEF OF RESPONDENTS QUALITY LOAN SERVICE
CORP. OF WASHINGTON and McCARTHY & HOLTHUS, LLP

Joseph Ward McIntosh
WSBA No. 39470
108 1st Ave S, Ste 300
Seattle, WA 98104
206-319-9049
jmcintosh@mccarthyholthus.com

Contents
========

I. FACTS ................................................................. 1

II. ARGUMENT ........................................................ 1

A.       Summary Judgment Standard.     1

B.       Evidence Relied Upon.     2

1.       Extrinsic Evidence ................................................... 2

2.       Declaration of Sierra Herbert-West ........................ 2

C.       MERS's Assignment of the Deed of Trust.     2

III. CONCLUSION ................................................................ 3

## Cases

*Bain v. Metropolitan Mortgage Group, Inc.*, 175 Wn.2d 83 (2012) .............. 3
*Trujillo v. Northwest Trustee Services, Inc.*, 181 Wn. App. 484 (Div. 1, 2014) ................................................................................................... 3

## Statutes

RCW 61.24.005(2) ........................................................................................ 3
RCW 61.24.030(7)(a) ................................................................................... 3

## Rules

FRE 803(6) .................................................................................................... 2

I. **FACTS**

Respondents Quality Loan Service Corp. of Washington and McCarthy & Holthus, LLP ("M&H") were dismissed on summary judgment by the district court[1]. Quality and M&H hereby incorporate the underlying facts set forth in the district court's order[2].

In his opening brief, with respect to the dismissal of Quality and M&H, appellant Timothy Dietz assigns error as follows:

> There have been no affidavits of a competent witness or deposition filed in support of a motion for summary judgment. Quality and [M&H] relied upon the same hearsay documents relied upon in [MERS and Wells Fargo's] motion to dismiss. MERS could not transfer the note making the Assignment of Deed of Trust invalid.

For reasons set forth below, the district court did not error, and dismissal of Quality and M&H was appropriate and should be affirmed.

II. **ARGUMENT**

A. **Summary Judgment Standard.**

The order dismissing Quality and M&H recites the non-moving party's burden in opposing summary judgment, which is hereby incorporated[3].

---

[1] Supp ER 20-28
[2] Supp ER 20-28
[3] Supp ER 23-24

### B. Evidence Relied Upon.

#### 1. *Extrinsic Evidence*

Quality and M&H's motion for summary judgment[4] referenced the same extrinsic evidence relied upon by Wells Fargo and MERS in their motion to dismiss, such as publicly recorded documents and documents attached to Mr. Dietz's pleadings. For reasons discussed in the answering brief by Wells Fargo and MERS, those items were properly considered by the district court.

#### 2. *Declaration of Sierra Herbert-West*

Quality and M&H's motion for summary judgment was additionally supported by a declaration from Sierra Herbert-West, a Trustee Sales Officer for Quality[5]. Ms. West's testimony is based on her review of Quality's business records[6]. Quality's business records, which are made in the ordinary course at or near the time of the occurrence, fall within hearsay exception under FRE 803(6). To the extent the district court considered the Declaration of Sierra Herbert-West in dismissing Quality and M&H, it was not in error.

### C. MERS's Assignment of the Deed of Trust.

---

[4] Supp ER 1-9
[5] Supp ER 10-15
[6] Supp ER 13

Under Washington's Deed of Trust Act, the "beneficiary" with the power to appoint a trustee is the "<u>holder</u> of the instrument or document evidencing the obligations secured by the deed of trust". RCW 61.24.005(2) (emphasis added); *Bain v. Metropolitan Mortgage Group, Inc.*, 175 Wn.2d 83 (2012). The trustee, in confirming the identity of the beneficiary (i.e. the <u>holder</u>), is allowed to rely on a declaration as to the <u>holder</u>. RCW 61.24.030(7)(a); *Trujillo v. Northwest Trustee Services, Inc.*, 181 Wn. App. 484 (Div. 1, 2014).

In this case, Wells Fargo was the "beneficiary" of the Deed of Trust because they <u>held</u> the note, not because they were assigned an interest from MERS[7]. The <u>holder</u> is the "beneficiary". Furthermore, Quality verified Wells Fargo was the <u>holder</u> by obtaining a beneficiary declaration[8].

### III.     CONCLUSION

The dismissal of Quality and M&H should be affirmed.

/s/ Joseph Ward McIntosh
Joseph Ward McIntosh, WSBA # 39470

---

[7] ER 295; Supp ER 10-15
[8] ER 295; Supp ER 10-15

## CORPORATE DISCLOSURE STATEMENT

Quality is a State of Washington Corporation. Quality has two shareholders, neither of which is another corporation. No publicly-held company owns 10% or more of QLS stock.

/s/ Joseph Ward McIntosh
Joseph Ward McIntosh

## STATEMENT OF RELATED CASES

Quality and M&H hereby states that there are no other cases pending which are related to the instant appeal.

<u>/s/ Joseph Ward McIntosh</u>
Joseph Ward McIntosh

## CERTIFICATION OF BRIEF SIZE

I certify that pursuant to Fed. R. App. 32(a)(7)(C) and Ninth Circuit Rule 32-1, and Ninth Circuit Rule 28-4 the attached brief is proportionately spaced, has a typeface of 14 points or more and contains 466 words .

/s/ Joseph Ward McIntosh
Joseph Ward McIntosh

## CERTIFICATE OF SERVICE

I hereby certify that on the date given below, I electronically filed the foregoing answering brief with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system, which will send electronic notification of such filing to the following persons:

>Ronald Beard
>Timothy Dietz
>Abraham K. Lorber
>David Christopher Spellman

DATED this 27th day of July, 2015, at Seattle, Washington.

/s/ Walter Babst
Walter Babst