UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

> **FILED**
>
> AUG 04 2015
>
> MOLLY C. DWYER, CLERK
> U.S. COURT OF APPEALS

TIMOTHY DIETZ,

       Plaintiff - Appellant,

  v.

QUALITY LOAN SERVICE CORP OF
WASHINGTON; et al.,

       Defendants - Appellees.

No. 14-35982

D.C. No. 3:13-cv-05948-RJB
U.S. District Court for Western
Washington, Tacoma

**ORDER**

     The Court has reviewed the supplemental excerpts of record submitted on

August 4, 2015. Within 7 days of this order, appellees are ordered to file 4 copies

of the excerpts in paper format, with a white cover. The paper copies must be in

the format described in 9th Circuit Rule 30-1.6.

     The paper copies shall be submitted to the principal office of the Clerk. For

regular U.S. mail, the address is P.O. Box 193939, San Francisco, CA 94119-3939.

For overnight mail, the address is 95 Seventh Street, San Francisco, CA 94103-

1526.

FOR THE COURT:
Molly C. Dwyer
Clerk of Court

Gabriela Van Allen
Deputy Clerk